**FOURTH DIVISION
DILLARD, P. J.,
RICKMAN and HODGES, JJ.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules**

**January 8, 2020**

# In the Court of Appeals of Georgia

A17A1639. GEORGIA CARRY.ORG, INC. et al. v. THE ATLANTA BOTANICAL GARDEN, INC.

RICKMAN, Judge.

In *GeorgiaCarry.Org, Inc. et al. v. Atlanta Botanical Garden*, Case No. S18G1149 (decided Oct. 7, 2019), the Supreme Court of Georgia reversed the judgment of this Court in *GeorgiaCarry.Org, Inc. et al. v. The Atlanta Botanical Garden*, 345 Ga. App. 160 (812 SE2d 527) (2018). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed and case remanded. Dillard, P. J., and Hodges, J., concur.*